No. 68267.—Novelty Import Co., Inc., et al. v. United States, protests 62/19764, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JANUARY 27, 1964

No. 68268.—Gemsco, Inc., et al. v. United States, protests 303285–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of insignia similar in all material respects to those involved in Abstract 66583, the claim of the plaintiffs was sustained.

No. 68269.—Kaiser-Reismann Corp. v. United States, protests 58/5656 and 58/5929 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of "Zehla Perlon Monofilaments," composed of a non-cellulosic synthetic material the same in all material respects as the synthetic material the subject of United States v. Steinberg Bros. (47 CCPA 47, C.A.D. 727), and that the merchandise is similar in all material respects to that the subject of J. M. P. R. Trading Corp., Alltransport, Inc. v. United States (43 CCPA 1, C.A.D. 600), the claim of the plaintiff was sustained.